■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RED, Also Known as ANTHONY PAULIN, Appellant. [788 NYS2d 385]—

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered February 14, 2003, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning credibility. The element of entry into premises with intent to commit a crime therein was established by credible evidence warranting the conclusion that defendant ransacked the store in question (*see People v Wilson*, 203 AD2d 211 [1994], *lv denied* 84 NY2d 835 [1994]).

The court adequately instructed the jury on the requirement of entry with intent to commit a crime (*see People v Gaines*, 74 NY2d 358, 362 [1989]).

We perceive no basis for reducing the sentence. Concur— Andrias, J.P., Saxe, Ellerin, Sweeny and Catterson, JJ.